ACCEPTED
12-14-00247-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/8/2015 10:50:27 AM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.

## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568    FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/8/2015 10:50:27 AM
CATHY S. LUSK
Clerk

January 8, 2015

Cathy S. Lusk, Clerk                                        via: e-file
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:    Trial Court Cause No. 2013-0522, In the 217th Judicial District, Angelina County, Texas
        Appeal Case No. 12-14-000247-CR; Twelfth Court of Appeals, Tyler, Texas

Dear Cathy:

Nita McElrath was in the Rusk State Hospital in December 2014 and signed her Motion to Dismiss Appeal. Nita McElrath has no intent to further appeal the Motion to Dismiss.

Attached please find the letter to client certifying compliance with Tex. R. App. P. 48.4, including the copy of the certified mail receipt.

Sincerely,

Albert J. Charanza, Jr.

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.
412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568    FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

January 8, 2015

Nita McElrath                                    CERTIFIED MAIL
c/o Diane Madden                                 RECIRPT REQUESTED
626 Old Hwy 59                                   #7012-2210-0001-8762-2517
Lufkin, Texas 75904

RE:   Trial Court Cause No. 2013-0522, In the 217th Judicial District, Angelina County, Texas
      Appeal Case No. 12-14-000247-CR; Twelfth Court of Appeals, Tyler, Texas

Dear Ms. McElrath:

      Enclosed is a copy of the Opinion received from the Twelfth Court of Appeals wherein the
judgment of the trial court was granted and the appeal was dismissed on December 17, 2014

      Under Rule 68, Texas Rules of Appellate Procedure, you may file a Petition for Discretionary
Review with the Texas Court of Criminal Appeals within thirty days of the court's decision or January
16, 2015.  The Texas Court of Criminal Appeals is the highest court in Texas.  The court reviews
whether **legal** errors occurred in your case.  You would need to submit written issues or questions to
the court for review. I do not recommend any appeal.

      If you decide to file a pro se Petition for Discretionary Review, you must file your petition on
or before January 16, 2015 with the Clerk of the Court of Criminal Appeals, Post Office Box 12308,
Austin, Texas 78711.

      The Petition for Discretionary Review should be accordance with Rules 66-68 of the Texas
Rules of Appellate Procedure.  You may want to consult with someone in the law library to assist you
in preparing a Petition for Discretionary review if you chose to file a petition.  I am sending the Court
of Appeals opinion to you as required under Rule 48.4 of the Texas Rules of Appellate Procedure.

                                    Sincerely,

                                    Albert J. Charanza, Jr.                via: e-file

CC:   Cathy S. Lusk, Clerk
      Twelfth Court of Appeals
      1517 West Front Street, Suite 354
      Tyler, Texas 75702

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nita McElvatn
40 Diane Madden
626 Old Hwy 59
Lufkin, TX 75904

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )          C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0001 8762 2517

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark Here

Sent To
Nita McElvatn
Street, Apt. No.; or PO Box No.
626 Old Hwy 59
City, State, ZIP+4
Lufkin TX 75904

PS Form 3800, August 2006          See Reverse for Instructions

7012 2210 0001 8762 2517

7012 2210 0001 8762 2517

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**